1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  THOMAS P. MAZZUCCO (CSBN 139758)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7289
7      Fax: (415) 436-7234

8  Attorneys for the United States

**FILED**

JUL 27 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA    U6 70479

11                      SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  IN RE SEARCH WARRANT FOR:<br>    1220 Kenilworth Road, Hillsborough, CA;<br>13  823 East 24th Street, Apt. 1, Oakland, CA;<br>    1927 Bridgepointe Circle, Apt. H344, San<br>14  Mateo, CA; 3018 Humboldt Avenue,<br>    Oakland, CA; 166 Los Robles Drive,<br>15  Burlingame, CA; 335 Glasgow Circle,<br>    Danville, CA, and<br>16  COMPLAINT AND ARREST<br>    WARRANTS RE:<br>17  **JOHNSON MAI,**<br>    a/k/a Zhi Xiong Mai, a/k/a Uncle Hong,<br>18  a/k/a Chi Hong Mak, a/k/a Hong Suk<br>    1220 Kenilworth Drive, Hillsborough,<br>19  California;<br>    **LISA LEE,**<br>20  a/k/a Xiao Ling Li<br>    1220 Kenilworth Drive, Hillsborough,<br>21  California;<br>    **KAI LUN ZHENG,**<br>22  a/k/a Wai Keung Cheung, a/k/a Su Ming,<br>    a/k/a Alan Zheng;<br>23  **ZHI EN HUANG,**<br>    a/k/a Gao Lo<br>24  1927 Bridgepointe Circle, Apartment H344<br>    San Mateo, California;<br>25  **DAVID YUEN,**<br>    a/k/a Lo Wu, a/k/a Wu So Gor<br>26  3018 Humboldt Avenue<br>    Oakland, California; and<br>27  **ERIC YU HENG CAI,**<br>    166 Los Robles Drive<br>28  Burlingame, California | No. 06 70479   **EMC**<br><br>SEALING ORDER<br><br>**(FILED UNDER SEAL)** |

   SEALING ORDER

1  FOR GOOD CAUSE SHOWN, it is hereby ordered that the Application and Affidavit for
2  Search Warrant, Search Warrant, Complaint, Arrest Warrants and this Order shall be filed under
3  seal until further order of this Court. Endorsed filed copies shall be provided to the United States
4  Attorney's Office.

5  IT IS SO ORDERED.

7  Dated: 26 July 06

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE BERNARD ZIMMERMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

SEALING ORDER