```
1   RANDY MONTESANO
    Attorney at Law - #83842
2   214 Duboce Avenue
    San Francisco, CA 94103
3   (415) 431-8226

4   Attorney for Defendant
    ERIC CAI
5
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No: 3 06 70479 EMC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE |
| ERIC CAI, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties that defendant's heretofore imposed curfew of 7:00 p.m. to 7:00 a.m., as a condition of release, be modified to 9:00 p.m. to 10:00 a.m.

Dated: 8/23/06

_____
RANDY MONTESANO
Attorney for Defendant

Dated: 8/23/06

_____
THOMAS MAZZUCCO
AUSA

SO ORDERED:

Dated: _____

_____
UNITED STATES MAGISTRATE JUDGE SPERO