1  RANDY MONTESANO
   Attorney at Law - #83842
2  214 Duboce Avenue
   San Francisco, CA 94103
3  (415) 431-8226

4  Attorney for Defendant
   ERIC CAI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No: 3 06 70479 EMC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE |
| ERIC CAI, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties that defendant's heretofore imposed curfew of 9:00 p.m. to 10:00 a.m., as a condition of release, be modified to 9:00 p.m. to 9:00 a.m.

Dated: 10/6/06

_____
RANDY MONTESANO, Attorney for Defendant

Dated: 10/6/06

_____
THOMAS MAZZUCCO, AUSA

Dated: 10/10/06

_____
RICHARD SARLATTE, PRETRIAL SERVICES

SO ORDERED:

Dated: 10/11/6

_____
UNITED STATES MAGISTRATE JUDGE SPERO

(Seal: Judge Joseph C. Spero, United States District Court, Northern District of California)