1  RANDY MONTESANO
   Attorney at Law - #83842
2  214 Duboce Avenue
   San Francisco, CA 94103
3  (415) 431-8226

4  Attorney for Defendant
   ERIC CAI

7              UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA      )
                                  )   No: 3 06 70479 EMC
10         Plaintiff,             )
                                  )
11    v.                          )   STIPULATION AND ORDER
                                  )   MODIFYING CONDITIONS
12 ERIC CAI,                      )   OF RELEASE
                                  )
13         Defendant.             )
   _____)

15      IT IS HEREBY STIPULATED by and between the parties that defendant's heretofore
16 imposed curfew of 9:00 p.m. to 9:00 a.m., as a condition of release, be modified to 10:00
17 p.m. to 9:00 a.m.

19 Dated: 11/14/06

   _____
   RANDY MONTESANO, Attorney for Defendant

21 Dated: 11/15/06

   _____
   THOMAS MAZZUCCO, AUSA

23 Dated: 10/17/06

   _____
   RICHARD SARLATTE, PRETRIAL SERVICES

25 SO ORDERED:

27 Dated: _____
                                      _____
                                      UNITED STATES MAGISTRATE JUDGE SPERO