Case 3:08-cr-00269-VRW    Document 61    Filed 11/22/2006    Page 1 of 1

11 14 2006    16:18    LAW OFFICE 214 DUBOCE OF    4366746    NO.584    P002
Case 3:06-mj-70479-MAG    Document 60    Filed 11/17/2006    Page 1 of 1

1  RANDY MONTESANO
   Attorney at Law - #83842
2  214 Duboce Avenue
   San Francisco, CA 94103
3  (415) 431-8226

4  Attorney for Defendant
   ERIC CAI

5

6

7

8

9

**FILED**

NOV 2 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No: 3 06 70479 EMC |
| 10      Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| 11   v. ) | **MODIFYING CONDITIONS** |
| ) | **OF RELEASE** |
| 12   ERIC CAI, ) | |
| ) | |
| 13      Defendant. ) | |

14

15      IT IS HEREBY STIPULATED by and between the parties that defendant's heretofore

16  imposed curfew of 9:00 p.m. to 9:00 a.m., as a condition of release, be modified to 10:00

17  p.m. to 9:00 a.m.

18

19  Dated: _11/14/06_

20

21  Dated: _11/15/05_

22

23  Dated: _6/17/06_

24

25  **SO ORDERED:**

26

27  Dated: _11/22/06_

28

RANDY MONTESANO, Attorney for Defendant

THOMAS MAZZUCCO, AUSA

RICHARD SARLATTE, PRETRIAL SERVICES

UNITED STATES MAGISTRATE JUDGE OPERD
Edward M. Chen
United States Magistrate Judge

COPIES MAILED TO
PARTIES OF RECORD