RANDY MONTESANO
Attorney at Law - #83842
214 Duboce Avenue
San Francisco, CA 94103
(415) 431-8226

Attorney for Defendant
ERIC CAI

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No: 3 06 70479 EMC |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | MODIFYING CONDITIONS |
| ERIC CAI, ) | OF RELEASE |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties that upon recommendation of Pretrial Services, that defendant's heretofore imposed condition of electronic monitoring and curfew as a condition of his pretrial release, is no longer required.

Dated: 5/16/07

S/
RANDY MONTESANO
Attorney for Defendant

Dated: 5/16/07

S/
THOMAS MAZZUCCO
AUSA

**SO ORDERED:**

Dated: _____

_____
UNITED STATES MAGISTRATE JUDGE SPERO