1   RANDY MONTESANO
    Attorney at Law - #83842
2   214 Duboce Avenue
    San Francisco, CA 94103
3   (415) 431-8226

4   Attorney for Defendant
    ERIC CAI
5

6

7                        UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA        )
                                    )   No:  3 06 70479 EMC
10                Plaintiff,        )
                                    )
11     v.                          )   STIPULATION AND ORDER
                                    )   MODIFYING CONDITIONS
12  ERIC CAI,                       )   OF RELEASE
                                    )
13                Defendant.        )
    _____)
14

15          IT IS HEREBY STIPULATED by and between the parties that upon recommendation

16  of Pretrial Services, that defendant's heretofore imposed condition of electronic monitoring

17  and curfew as a condition of his pretrial release, is no longer required.

18

19  Dated: 5/16/07                      5/
                                        _____
20                                      RANDY MONTESANO
                                        Attorney for Defendant
21

22  Dated: 5/16/07                      5/
                                        _____
23                                      THOMAS MAZZUCCO
                                        AUSA
24

25  SO ORDERED:

26
    Dated: May 21, 2007
27                                      UNITED                    JUDGE SPERO
                                        Judge Joseph C. Spero
28