☐ DOCUMENTS UNDER SEAL

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK<br>Wings Hom | REPORTER/TAPE NO.<br>FTR 9:52-9:55 | |
|---|---|---|---|
| MAGISTRATE JUDGE<br>JAMES LARSON | DATE<br>July 25, 2007 | ☐ NEW CASE | CASE NUMBER<br>3-06-70479 JL |

FILED 2007 JUL 25 AM 11:21
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

### APPEARANCES

| DEFENDANT<br>Eric Cai | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Randy Montesano | ☐ PD.<br>☐ APPT.<br>☐ RET. |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Tom Mazzucco | | INTERPRETER<br>Tom Lam -Cantonese | | FIN. AFFIDAVIT SUBMITTED ☐<br>DEFENDANT ELIGIBLE FOR<br>APPOINTED COUNSEL ☐<br>COUNSEL APPOINTED ☐<br>PARTIAL PAYMENT OF CJA<br>FEES ORDERED ☐ | |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER<br>Brad Wilson | | | |

### PROCEEDINGS SCHEDULED TO OCCUR

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | INITIAL APPEARANCE | ☒ | PRELIMINARY HEARING | ☐ | MOTION | ☐ | JUDGMENT & SENTENCING | ☐ | STATUS |
| ☐ | I.D. COUNSEL | ☒ | OR ARRAIGNMENT | ☐ | BOND POSTING/ SIGNING | ☐ | IA ON PETITION TO REVOKE PROB. | ☐ | TRIAL |
| ☐ | DETENTION HEARING | ☐ | REMOVAL HEARING | ☐ | CHANGE OF PLEA | ☐ | PROB. REVOC. OR SUPV. REL. HRG. | ☐ | OTHER |

### INITIAL APPEARANCE

| ☐ | ADVISED OF RIGHTS | ☐ | ADVISED OF CHARGES | ☐ | NAME AS CHARGED IS TRUE NAME | ☐ | TRUE NAME: |
|---|---|---|---|---|---|---|---|

### ARRAIGNMENT

| ☐ | ARRAIGNED ON INFORMATION | ☐ | ARRAIGNED ON INDICTMENT | ☐ | READING WAIVED SUBSTANCE STATED | ☐ | WAIVER OF INDICTMENT FILED |
|---|---|---|---|---|---|---|---|

### RELEASE

| ☐ | RELEASED ON O/R | ☐ | ISSUED APPEARANCE BOND | ➡ | AMOUNT OF SECURITY | | AMOUNT RECEIVED<br>$ | ☐ | PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|---|---|---|---|---|

PROPERTY POSTED/TO BE POSTED       REAL PROPERTY:

| ☐ | CASH | ☐ | CORPORATE SECURITY | ☐ | |
|---|---|---|---|---|---|

| ☐ | MOTION FOR DETENTION | ☐ | PRETRIAL SERVICES REPORT ORDERED | ☐ | DETAINED | ☐ | RELEASED | ☐ | DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ | REMANDED TO CUSTODY |
|---|---|---|---|---|---|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF                    OTHER:

### PLEA

| ☐ | CONSENT ENTERED | ☐ | NOT GUILTY | ☐ | GUILTY | ☐ | GUILTY TO COUNTS: |
|---|---|---|---|---|---|---|---|
| ☐ | PRESENTENCE REPORT ORDERED | ☐ | CHANGE OF PLEA | ☐ | PLEA AGREEMENT FILED | ☐ | OTHER: |

### CONTINUANCE

| TO: 9-14-07 | ☐ I.D. COUNSEL | ☐ BOND POSTING/ SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
|---|---|---|---|---|
| AT: 9:30 a.m. | ☐ FINAN. AFFIDAVIT SUBMITTED | ☒ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON.<br>EDL | ☐ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED  Counsel to submit order | | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☐ STATUS |

### ADDITIONAL PROCEEDINGS

COPIES SENT TO: Venice, Lili                       DOCUMENT NUMBER: