rev. 9/6/07

| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 3 | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** | | DEPUTY CLERK | | | REPORTER/FTR | | |
| **MINUTE ORDER** | | Brenda Tolbert | | | 9:53 - 9:56 | | |
| **MAGISTRATE JUDGE** | | DATE | | | NEW CASE | CASE NUMBER | |
| HON. MARIA-ELENA JAMES | | December 11, 2007 | | | ☐ | 3-06-70479 MAG | |

| APPEARANCES | | | | | | | |
|---|---|---|---|---|---|---|---|
| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | | | PD.☐ RET.☒ |
| ERIC YU HENG CAI | | N | P | Brian Getz for Randy Montesano | | | APPT. ☐ |
| U.S. ATTORNEY | INTERPRETER | | | ☐ | FIN. AFFT | | COUNSEL APPT'D |
| Thomas Mazzucco | Tom Lam-Cantonese | | | | SUBMITTED | ☐ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | | DEF ELIGIBLE FOR | ☐ | PARTIAL PAYMENT | ☐ |
| | Josh Libby | | | APPT'D COUNSEL | | OF CJA FEES | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | INITIAL APPEAR | ☒ | PRELIM HRG NOT HELD | ☐ | MOTION | ☐ | JUGM'T & SENTG | ☐ | STATUS |
| ☐ | I.D. COUNSEL | ☒ | ARRAIGNMENT NOT HELD | ☐ | BOND HEARING | ☐ | INITIAL APPEAR REV PROB OR S/R | ☐ | OTHER |
| ☐ | DETENTION HRG | ☐ | ID / REMOV HRG | ☐ | CHANGE PLEA | ☐ | PROB. REVOC. | ☐ | ATTY APPT HEARING |

| INITIAL APPEARANCE | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | ADVISED OF RIGHTS | ☐ | ADVISED OF CHARGES | ☐ | NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | ARRAIGNED ON INFORMATION | ☐ | ARRAIGNED ON INDICTMENT | ☐ | READING WAIVED SUBSTANCE | ☐  WAIVER OF INDICTMENT FILED |

**FILED**

DEC 11 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| RELEASE | | | | | |
|---|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | | ☐ PASSPORT SURRENDERED |

| PROPERTY TO BE POSTED ☐ CASH   $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

| ORDER REMOVED TO THE DISTRICT OF |
|---|

| PLEA | | | | |
|---|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: | |

| CONTINUANCE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TO: 1-22-08 | ☐ | ATTY APPT HEARING | ☐ | BOND HEARING | ☐ | STATUS RE: CONSENT | ☐ | STATUS / TRIAL SET |
| AT: 9:30 A.M. | ☐ | SUBMIT FINAN. AFFIDAVIT | ☒ | PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ | CHANGE OF PLEA | ☐ | OTHER |
| BEFORE HON. EDL | ☐ | DETENTION HEARING | | | ☐ | MOTIONS | ☐ | JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | ☒ | TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ | IDENTITY / REMOVAL HEARING | ☐ | PRETRIAL CONFERENCE | ☐ | PROB/SUP REV. HEARING |

| ADDITIONAL PROCEEDINGS |
|---|

Parties Requested that this Matter be Continued for Prelim/Arrmt. Time Waived for Prelim/Arrmt.

BT, PTS, LILI