1  Garrick S. Lew SBN 61889
   Law Offices of Garrick S. Lew & Associates
2  600 Townsend Street, Suite 329E
   San Francisco, CA 94103-4957
3  Telephone:    (415) 575-3588
   Facsimile:    (415) 522-1506
4  email:        gsl@defendergroup.com

5  Attorneys for Defendant Johnson Mai

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES,                          ) No: 3-06-70479 MAG
            Plaintiff                        )
12  v.                                       )
    JOHNSON MAI,                             )
13        a/k/a Zhi Xiong Mai                 ) [PROPOSED] ORDER AND STIPULATION
          a/k/a Uncle Hong,                   ) FOR CONTINUANCE FROM APRIL 4, 2008
14        a/k/a Chi Hong Mak,                 ) To APRIL 11, 2008 AND EXCLUDING
          a/k/a Hong Suk;                     ) TIME FROM THE SPEEDY TRIAL ACT
15  LISA LEE,                                ) CALCULATION (18 U.S.C. § 3161(h)(8)(A)
          a/k/a Xiao Ling Li;                 ) AND WAIVING TIME LIMITS UNDER
16  KAI LUN ZHENG,                           ) RULE 5.1
          a/k/a Wai Keung Cheung,             )
17        a/k/a Su Ming,                      )
          a/k/a Alan Zheng;                   )
18  ZHI EN HUANG,                            )
          a/k/a Gao Lo;                       )
19  DAVID YUEN,                              )
          a/k/a Lo Wu,                        )
20        a/k/a Wu So Gor; and               )
    ERIC YU HENG CAI                         )
21                                           )
          Defendants.                        )
22  _____ )

23          With the agreement of the parties, and with the consent of the defendants, the Court enters this

24  order scheduling a status conference on April 11, 2008 at 9:30 a.m. before the duty magistrate judge

25  and documenting the defendants' waiver of the preliminary hearing date under Federal Rule of Criminal

26  Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(ii) and

27  (iv), from April 4, 2008 to and through April 11, 2008.  The parties agree, and the Court finds and

28

1  holds, as follows:

2        1.      The case is very complex and involves international transactions and shipments, foreign

3  banks and complex monetary transactions, extensive wiretap evidence and conversations in different

4  Chinese language dialects.  There are multiple defendants and discovery is voluminous.  All defense

5  counsel involved are in need of additional time to prepare the case.  Furthermore, the government and

6  defense counsel are actively involved in negotiating the final terms of a global settlement that will

7  resolve all pending charges and forfeiture claims involving all defendants before the court and

8  additional time is necessary to seek approval of the proposed plea and forfeiture agreements with the

9  government.

10       2.      All defendants agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

11  3161(h)(8)(B)(ii) on the basis of complexity and (iv) continuity of counsel for effective preparation

12  taking into account the exercise of due diligence.

13       3.      The defendants waive the time limits of Federal Rule of Criminal Procedure 5.1 for

14  preliminary hearing.

15       4.      Accordingly, and with the consent of all parties, the Court (1) alternatively sets a

16  preliminary hearing before the duty magistrate judge on April 11, 2008 at 9:30 a.m. and (2) orders that

17  the period from April 4, 2008 to and through April 11, 2008 be excluded from the time period for

18  preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act

19  calculations under 18 U.S.C. § 3161(b).

20

21       IT IS SO STIPULATED:

22
    DATED:  April 1, 2008            /s/     Garrick Lew_____
23                                   GARRICK LEW
                                     Attorney for Defendant Johnson Mai
24

25  DATED:  April 1, 2008            /s/     Gil Eisenberg_____
                                     GIL EISENBERG
26                                   Attorney for Defendant Kai Lun Zheng

27  DATED:  April 1, 2008            /s/     Brian Getz_____
                                     BRIAN GETZ
28                                   Attorney for Zhi En Huang

1   DATED:  April 1, 2008           /s/      Stuart Hanlon
                                    STUART HANLON
2                                   Attorney for David Yuen

3   DATED:  April 1, 2008           /s/      Randy Montesano
                                    RANDY MONTESANO
4                                   Attorney for Eric Cai

5
    DATED:  April 1, 2008           /s/      Alice Wong
6                                   ALICE WONG
                                    Attorney for Lisa Lee
7

8   DATED:  April 1, 2008           /s/      Thomas Mazzucco
                                    THOMAS MAZZUCCO
9                                   Assistant United States Attorney

10

11
        IT IS SO ORDERED.
12

13

14  DATED:                          _____
                                    United States Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28  Stipulation and Proposed Order for Continuance
    [3-06-70479] [MAG]