AO 257 (Rev. 6/78)

E-filing

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

---- OFFENSE CHARGED ----

21 U.S.C. §§ 846, 841(b)(1)(C) - Conspiracy to Possess With Intent to Distribute and to Distribute, 3,4 Methylenedioxymethamphetamine (MDMA) and 18 U.S.C.§ 1957 - Engaging In A Monetary Transaction In Property Derived From Specified Unlawful Activity

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count 1 - 20 years imprisonment, $1,000,000.00 fine, supervised release for a minimum 3-year term to a maximum term of life, $100.00 special assessment. Count 2 - 10 years imprisonment, $500,000.00 fine, supervised release for a 3-year term, $100.00 special assessment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED APR 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - Eric CAI

DISTRICT COURT NUMBER
CR 08 0269 WHA

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
SHOW DOCKET NO.
MAGISTRATE CASE NO.  3-06-70479 MAG

Name and Office of Person Furnishing Information on this form: JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): THOMAS P. MAZZUCCO

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)  NDCA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED

APR 24 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC CAI,<br><br>Defendant. | No. CR 08 0269<br><br>VIOLATION: 21 U.S.C. §§ 846, 841(b)(1)(C) – Conspiracy to Possess With Intent to Distribute, and to Distribute, 3,4 Methylenedioxymethamphetamine (MDMA) and 18 U.S.C. § 1957 - Engaging In A Monetary Transaction In Property Derived From Specified Unlawful Activity<br><br>SAN FRANCISCO VENUE |

## INFORMATION

The United States Attorney charges:

COUNT ONE:  (21 U.S.C. §§ 846, 841(b)(1)(C) – Conspiracy to Possess With Intent to Distribute, and to Distribute MDMA)

Beginning in January of 2002, and continuing through on or about August 10, 2006, in the Northern District of California, the defendant,

ERIC CAI,

did knowingly and intentionally conspire with others known and unknown to possess with intent to distribute, and distribute a Schedule I controlled substance, namely, 3,4

1  methylenedioxymethamphetamine (MDMA), in violation of Title 21, United States Code,
2  Sections 846, 841(b)(1)(C).
3  COUNT TWO:    (18 U.S.C. § 1957 - Engaging In A Monetary Transaction In Property Derived From Specified Unlawful Activity)
4  
5  On or about December 13, 2002, in the Northern District of California, the defendant,
6  ERIC CAI,
7  did knowingly engage and attempt to engage in a monetary transaction by, through, or to a
8  financial institution, in and affecting interstate and foreign commerce, in criminally derived
9  property of a value greater than $10,000, that is, withdrawing funds in the amount of $28,000
10 from a Wells Fargo Bank account, such property having been derived from a specified unlawful
11 activity, that is, conspiracy to possess with intent to distribute and to distribute
12 Methylenedioxymethamphetamine (MDMA), in violation of Title 18, United States Code,
13 Section 1957.

14 FORFEITURE ALLEGATION: (21 U.S.C. §§ 853(a)) (Drug Forfeiture)
15    1. The allegation contained in Count One of this Information is hereby realleged and by this
16 reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 21,
17 United States Code, Section 853(a)(1) and (a)(2).
18    2. Upon conviction of the offense alleged in Count One, the defendant,
19
20              ERIC CAI,
21 shall forfeit to the United States all right, title and interest in property constituting and derived
22 from any proceeds, that the defendant obtained, directly or indirectly, as a result of said
23 violation, and any property used, or intended to be used, in any manner or part, to commit, or to
24 facilitate the commission of said violation, including but not limited to the following property:
25    a.  Real property and improvements located at 166 Los Robles Drive, Burlingame, California;
26    
27    b.  2005 Toyota Highlander, VIN JTEDP21A150065796;
28    c.  $250,000 in cash seized from defendant's vehicle on February 16, 2005; and

INFORMATION                                        2

        d.        $9,881 in cash and foreign currency seized from defendant's residence;

3. If, as a result of any act or omission of the defendant, any of said property

        a.        cannot be located upon the exercise of due diligence;

        b.        has been transferred or sold to or deposited with, a third person;

        c.        has been placed beyond the jurisdiction of the Court;

        d.        has been substantially diminished in value; or

        e.        has been commingled with other property which cannot be divided without difficulty;

any and all interest defendant has in any other property up, to the value of the property described in Paragraph 2 above, shall be forfeited to the United States pursuant to Title 21, United States Code, Section 853(p).

DATED: 4-24-08

JOSEPH P. RUSSONIELLO
United States Attorney

BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: _____)
AUSA T. MAZZUCCO

INFORMATION        3