O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

FILED
2008 APR 30 PM 2:02

RICHARD ~~~~~~~
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

Northern DISTRICT OF California

UNITED STATES OF AMERICA

V.

ERIC CAI

WAIVER OF INDICTMENT

CASE NUMBER: CR 08-269 WHA

I, Eric CAI, the above named defendant, who is accused of

21 U.S.C. §§ 846, 841(b)(1)(C) - Conspiracy to Possess With Intent to Distribute and to Distribute, 3,4 Methylenedioxymethamphetamine (MDMA) and 18 U.S.C.§ 1957 - Engaging In A Monetary Transaction In Property Derived From Specified Unlawful Activity

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4-30-08__ prosecution by indictment and consent that the pro-
Date
ceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer