**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KAI LUN ZHENG,<br><br>    Defendant.<br>_____/ | No.  CR 04-0100  VRW<br>**Related Cases: CR08-0265, CR08-0266 CR08-0267, CR08-0268, CR08-0269 and CR08-0270**<br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT a Status Conference has been scheduled for the above related cases on June 12, 2008 at 2:00 p.m. before the Honorable Vaughn R Walker.   Please report to Courtroom #6, 17th floor, 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated:  May 27, 2008

*Cora Klein*
Courtroom Deputy Clerk to
Chief Judge Vaughn R Walker

N:\CLKNTC.CRI.wpd