UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

Date:   August 14, 2008

Case No.  CR 08-0269  VRW

Case Title:   USA v.   ERIC CAI   (NO CUSTODY) PRESENT

Attorneys:
    For the Government:   Thomas Mazzucco

    For the Defendant(s):   Randy Montesano

Deputy Clerk:   Cora Klein        Reporter:   Belle Ball
                                            Cantonese Interprtr: Kenny Fung

**PROCEEDINGS**

1)   Defendant did not enter change of plea.

2)   The court set a trial date.  If change of plea not entered, the case will go to trial.

**SCHEDULE:**

Case specially set for change of plea as to ERIC CAI on September 12, 2008 at 10:00 A.M.

Case Continued to:    11/13/2008  at 2:00  PM     For Pretrial Conference.

TRIAL :   12/8/2008 at 8:30 A.M.